Irene Anderson SMITH, Administratrix of the Estate of Ricky Lee Smith, deceased, Plaintiff–Appellant,

v.

WILSON COUNTY; Wayne V. Gay, in his official capacity as Sheriff of Wilson County; Charles Bryant, individually and in his official capacity as a jailer of the Wilson County Sheriff's Department; City of Wilson, a municipality; Willie Earl Williams, in his official capacity as Chief of the Wilson Police Department; Stephen T. Stroud, individually and in his official capacity as an officer of the Wilson Police Department; Joel K. Garner, individually and in his official capacity as an officer of the Wilson Police Department; John does 1 through 20, deputy sheriffs employed as jailors in the Wilson City Jail, Defendants–Appellees,

Irene Anderson Smith, Administratrix of the Estate of Ricky Lee Smith, deceased, Plaintiff–Appellant,

v.

Wilson County; Wayne V. Gay, in his official capacity as Sheriff of Wilson County; Charles Bryant, individually and in his official capacity as a jailer of the Wilson County Sheriff's Department; City of Wilson, a municipality; Willie Earl Williams, in his official capacity as an officer of the Wilson Police Department; Stephen T. Stroud, individually and in his official capacity as Chief of the Wilson Police Department; Joel K. Garner, individually and in his official capacity as an officer of the Wilson Police Department; John does 1 through 20, deputy sheriffs employed as jailors in the Wilson City Jail, Defendants–Appellees.

Nos. 00–2428, 00–2467.

United States Court of Appeals, Fourth Circuit.

Submitted April 30, 2001.

Decided May 15, 2001.

Irene Anderson Smith, pro se.

Robert Harrison Sasser, III, G. Christopher Olson, Womble, Carlyle, Sandridge & Rice, Raleigh, NC; James Percy Cauley, III, Rose, Rand, Orcutt, Cauley & Blake, P.A., Wilson, NC, for appellees.

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

PER CURIAM.

In these consolidated cases, Irene Anderson Smith, administratrix of the estate of Ricky Lee Smith, appeals the district court's order granting summary judgment in favor of the Appellees and denying relief on her claims filed pursuant to 42 U.S.C.A. § 1983 (West Supp. 2000), 42 U.S.C. § 1981 (1994), and various state law claims. We have reviewed the record and the district court's opinion and find no reversible error as to Appellant's claims pursuant to §§ 1981, 1983. Accordingly, we affirm as to those claims on the reasoning of the district court. *See Smith v. Wilson County*, No. CA–98–842–5 (E.D.N.C. Sept. 27, 2000). Although we express no opinion as to the merit of Plaintiff's state law claims of wrongful death and assault and battery, we modify the district court's order to reflect a dismissal without prejudice of those claims, which may be pursued in state court. 28 U.S.C. § 1367(c)(3) (1994); *United Mine Workers of Am. v. Gibbs*, 383 U.S. 715, 726–27, 86 S.Ct. 1130, 16 L.Ed.2d 218 (1966); *Revene v. Charles County Comm'rs*, 882 F.2d 870, 875 (4th Cir.1989).

We grant Appellees' motion to substitute attorney and deny as moot Appellees' motion to strike document. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED.*